## CONCANON VS. BLAKE.

Where an action is tried before the court without a jury, the finding of the court as to the facts proved at the trial, cannot be reviewed in this court without a bill of exceptions showing what evidence was given on the trial and proper exceptions taken to the finding.

APPEAL from the Circuit Court for *Ozaukee* County.

Action for breach of covenant, trial before the court without a jury, and the court found that the defendant on the 21st of June, 1852, for the consideration of $100 gave the plaintiff a deed of said lot 12, covenanting that he was the lawful owner of said lot and seized and possessed thereof in his own right in fee simple, and had full full power to convey, free and clear from incumbrance; that he was not owner of an undivided half of said premises; that he was not seized and possessed thereof

and that the plaintiff got no title by the deed, to one undivided half of said premises; and as a conclusion of law, that the plaintiff was entitled to a judgment against the defendant for one half of the consideration of said deed, and six years interest and costs. Judgment was entered on the finding against the defendant for $79.69 damages and $36.55 costs, from which he appealed, but did not procure a bill of exceptions to be settled.

*G. W. Foster*, for appellant.

*H. Cunning*, for respondent.

*By the Court*, DIXON, C. J. The record discloses no bill of exceptions, and we cannot examine the evidence upon which the court below found the facts. Laws of 1860, chapter 264, section 12.

The finding of facts sustains the conclusions of law, and the judgment must therefore be affirmed.